**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 128 WAL 2019

               Respondent      :

                          :   Petition for Allowance of Appeal from

                          :   the Order of the Superior Court

           v.               :

                          :

                          :

JOSHUA MICHAEL NOVAK,        :

                          :

            Petitioner       :

## ORDER

**PER CURIAM**

    **AND NOW**, this 14th day of August, 2019, the Petition for Allowance of Appeal is **DENIED**.